Anna Mary DAVIS, Appellant

v.

UNITED STATES.

No. 16897.

United States Court of Appeals
Eighth Circuit.

March 15, 1962.

William R. Mills, Bismarck, N. D., for appellant.

John O. Garaas, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of appealable order.